IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL SHANE WILMOTH                                                              PLAINTIFF

v.                                    Case No. 5:16-CV-05249

JOHN FELTS, CAROL V. BEHANNAN,
BLAINE MILLER, SHARON DRAPER, and
MARK BURNATHL                                                                      DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations (Doc. 6) from United States Magistrate Judge James R. Marschewski. The Plaintiff has filed an objection (Doc. 7) unrelated to the Complaint.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's application (Doc. 2) to proceed *in forma pauperis* is DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE as it is frivolous, fails to state a claim upon which relief may be granted, and seeks relief from Defendants who are immune from such relief.

The Clerk is directed to place a § 1915(g) strike flag on the case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE